UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1377**

GEDION TAMRAT,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: November 18, 2009    Decided: December 28, 2009

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David Allen Garfield, Catherine A. Reynolds, LAW OFFICES OF DAVID GARFIELD, Washington, D.C., for Petitioner. Tony West, Assistant Attorney General, Susan K. Houser, Senior Litigation Counsel, W. Daniel Shieh, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gedion Tamrat, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of his applications for relief from removal.

Tamrat challenges the determination that he failed to establish eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Tamrat fails to show that the evidence compels a contrary result.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2